■ NICHOLAS PARRILLA et al., Appellants, v IRVING ROSENBERG et al., Respondents. [753 NYS2d 834] —Order, Supreme Court, Bronx County (Kenneth Thompson, J.), entered June 28, 2002, which granted defendants' motion for summary judgment dismissing the complaint, unanimously affirmed, without costs.

Summary judgment dismissing the complaint was properly granted in the absence of evidence sufficient to raise a triable issue as to whether the claimed hazard existed much less as to whether defendant property owners created or had notice, actual or constructive, of any such hazard (see *Dombrower v Maharia Realty Corp.*, 296 AD2d 353). Concur—Andrias, J.P., Ellerin, Lerner, Friedman and Marlow, JJ.